UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH MICHAEL STEVENS,

    Plaintiff,

v.                                      CASE NO.: 2:12-cv-187-FTM-99AEP

FORT MYERS POLICE DEPARTMENT,
et al.,

    Defendants.
_____/

**ORDER**

The *pro se* plaintiff moves (Docs. 2 & 18) for leave to proceed *in forma pauperis*. He attempts to sue (Docs. 1, 12 & 17) numerous state officials (including a state court judge) for sundry federal and state claims related to criminal proceedings pending against the plaintiff in state court.[*] Magistrate Judge Anthony E. Porcelli considered the motion (Docs. 2 & 18), issued (Doc. 19) a report pursuant to 28 U.S.C. § 636, and recommended denying the motion and dismissing the plaintiff's claims as invalid. The plaintiff objects (Doc. 20) to the Magistrate's report.

---

[*] Among other relief, the plaintiff seeks $50,000,000 in damages and an ambitious "law, act or doctrine to be created and enforced entitled 'The Joseph Michael Stevens Act' that instructs, describes, informs, reminds, and remedies the dealings surrounding th[e] unlawful procedure initiated by law enforcement so that future law enforcement and judicial court officials do not make the same actions resulting from misconduct and abuse of authority and process." (Docs. 12 & 17).

- 2 -

The Magistrate's report (Doc. 19) is factually and legally sound and is **ADOPTED**.  The plaintiff's objection (Doc. 20) is **OVERRULED**.  Accordingly, the plaintiff's motion (Docs. 2 & 18) is **DENIED**.  The plaintiff's claims (Docs. 1, 12 & 17) based on state law are **DISMISSED WITHOUT PREJUDICE**; all other claims (Docs. 1, 12 & 17) are **DISMISSED WITH PREJUDICE**.  The clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on September 28, 2012.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE